IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCIANO RAMIREZ-SALAZAR

        Plaintiff,                    No.  2:13-cv-0206 KJM CKD P

    vs.

CARO MARKS, et al.,

        Defendants.            ORDER FOR PAYMENT

                               /          OF INMATE FILING FEE

To: Institutional IFRP Coordinator, Forrest City Low Federal Correctional Institution, P.O. Box 9000 Forrest City, AR 72336:

        Plaintiff, a federal prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  The Bureau of Prisons is required to send to the Clerk of the Court payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

        Good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The Bureau of Prisons or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's prison trust account in an amount equal to twenty

1

percent (20%) of the preceding month's income credited to the prisoner's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified by the name and number assigned to this action.

        2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on Institutional IFRP Coordinator, Forrest City Low Federal Correctional Institution, P.O. Box 9000 Forrest City, AR 72336.

        3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: May 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
rami.0206.bop